```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 99-6018-CR-ZLOCH
```

UNITED STATES OF AMERICA,

        Plaintiff,

**O R D E R**

vs.

MICHAEL DEWITT,

        Defendant.

_____/

      THIS MATTER is before the Court upon Defendant Michael DeWitt's Motion To Reduce Sentence (DE 35). The Court has carefully reviewed the instant Motion and the entire court file and is otherwise fully advised in the premises.

      The Court notes that the United States Sentencing Commission recently reduced the guideline ranges for crimes involving crack cocaine. On July 1, 1999, Defendant was sentenced to two concurrent terms of imprisonment. Defendant received 180 months for Count I, possession with intent to distribute cocaine. Defendant also received 180 months for Count II, possession with intent to distribute crack cocaine. See DE 30. While Defendant may be entitled to a reduction in sentence for the crack cocaine offense, because that sentence was set to run concurrently with the cocaine sentence, which is of equal length, a reduction of the crack cocaine sentence would not reduce Defendant's term of

imprisonment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Michael DeWitt's Motion To Reduce Sentence (DE 35) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of March, 2008.

　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record

Michael DeWitt, pro se
USM #54594-004
FCI Jesup
Federal Satellite Low
2680 HWY 301 South
Jesup, GA 31599